

Receipt - 11090567
$6.23

Printed: 09/14/10 10:28 AM  Page: 1

# Claims Proposed Distribution
## Case: 08-12887  JOHNSTON, ROBERT C.

| Case Balance: | $3,002.63 | Total Proposed Payment: | $3,002.63 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9S | Lafarge North America, Inc. | Secured | 54,575.12 * | 0.00 | 0.00 | 0.00 | 0.00 | 3,002.63 |
| 15 | M&T BANK | Secured | 28,156.26 | 0.00 | 0.00 | 0.00 | 0.00 | 3,002.63 |
| **SUBTOTAL FOR SECURED** | | | 82,731.38 | 0.00 | 0.00 | 0.00 | 0.00 | |
| A | MORRIS L. HORWITZ <2100-00 Trustee Compensation> | Admin Ch. 7 | 750.59 | 750.59 | 0.00 | 750.59 | 750.59 | 2,252.04 |
| B | MORRIS L. HORWITZ <2200-00 Trustee Expenses> | Admin Ch. 7 | 8.80 | 8.80 | 0.00 | 8.80 | 8.80 | 2,243.24 |
| C | BULAN, CHIARI, HORWITZ & ILECKI, LLP <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 676.25 | 676.25 | 0.00 | 676.25 | 676.25 | 1,566.99 |
| D | BULAN, CHIARI, HORWITZ & ILECKI, LLP <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 10.14 | 10.14 | 0.00 | 10.14 | 10.14 | 1,556.85 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 1,445.78 | 1,445.78 | 0.00 | 1,445.78 | 1,445.78 | |
| 1 | Citizens Bank | Unsecured | 66,800.58 | 66,800.58 | 0.00 | 66,800.58 | 320.00 | 1,236.85 |
| 2 | Resurgent Capital Services | Unsecured | 20,734.13 | 20,734.13 | 0.00 | 20,734.13 | 99.33 | 1,137.52 |
| 3 | HSBC Bank USA N.A. | Unsecured | 16,036.63 | 16,036.63 | 0.00 | 16,036.63 | 76.82 | 1,060.70 |
| 4 | HSBC Bank USA N.A. | Unsecured | 48,016.06 | 48,016.06 | 0.00 | 48,016.06 | 230.01 | 830.69 |
| 5 | Discover Bank/DFS Services LLC | Unsecured | 9,608.45 | 9,608.45 | 0.00 | 9,608.45 | 46.03 | 784.66 |
| 6 | Discover Bank/DFS Services LLC | Unsecured | 14,390.36 | 14,390.36 | 0.00 | 14,390.36 | 68.93 | 715.73 |
| 7 | Utilties Employees Credit Union | Unsecured | 2,118.94 | 2,118.94 | 0.00 | 2,118.94 | 10.15 | 705.58 |
| 8 | Utilties Employees Credit Union | Unsecured | 7,169.19 | 7,169.19 | 0.00 | 7,169.19 | 34.34 | 671.24 |
| 9U | Lafarge North America, Inc. | Unsecured | 58,497.71 * | 113,783.09 | 0.00 | 113,783.09 | 545.05 | 126.19 |
| 10 | John J. Ottaviano, Esq. | Unsecured | 8,467.15 | 8,467.15 | 0.00 | 8,467.15 | 40.56 | 85.63 |
| 11 | American Express Bank FSB | Unsecured | 2,384.02 | 2,384.02 | 0.00 | 2,384.02 | 11.42 | 74.21 |
| 12 | American Express Centurion Bank | Unsecured | 6,083.39 | 6,083.39 | 0.00 | 6,083.39 | 29.14 | 45.07 |
| 13 | Capital Recovery II | Unsecured | 1,526.05 | 1,526.05 | 0.00 | 1,526.05 | 7.31 | 37.76 |
| 14 | Capital Recovery II | Unsecured | 1,944.03 | 1,944.03 | 0.00 | 1,944.03 | 9.31 | 28.45 |
| 16 | eCAST Settlement Corporation assignee of | Unsecured | 1,599.15 | 1,599.15 | 0.00 | 1,599.15 | 7.66 | 20.79 |
| 17 | LVNV Funding LLC | Unsecured | 3,040.14 | 3,040.14 | 0.00 | 3,040.14 | 14.56 | 6.23 |
| 18 | M&T BANK | Unsecured | 1,012.46 | 1,012.46 | 0.00 | 1,012.46 | 4.85 | 1.38 |

(*) Denotes objection to Amount Filed

## Claims Proposed Distribution

### Case: 08-12887   JOHNSTON, ROBERT C.

Case Balance:  $3,002.63    Total Proposed Payment:  $3,002.63    Remaining Balance:  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 19 | Peerless Insurance | Unsecured | 2,783.09* | 0.00 | 0.00 | 0.00 | 0.00 | 1.38 |
| 20 | Peerless Insurance | Unsecured | 287.25 | 287.25 | 0.00 | 287.25 | 1.38 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | 272,498.78 | 325,001.07 | 0.00 | 325,001.07 | 1,556.85 | |
| | Total for Case 08-12887 : | | $356,675.94 | $326,446.85 | $0.00 | $326,446.85 | $3,002.63 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,445.78 | $1,445.78 | $0.00 | $1,445.78 | 100.000000% |
| Total Secured Claims : | $82,731.38 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $272,498.78 | $325,001.07 | $0.00 | $1,556.85 | 0.479029% |

(*) Denotes objection to Amount Filed